IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Robert Bunner,                          :
                        Petitioner      :
                                        :
        v.                              :        No. 25 C.D. 2016
                                        :
Workers' Compensation Appeal            :
Board (Delcora),                        :
                        Respondent      :

## O R D E R

NOW, March 16, 2017, upon consideration of petitioner's application for reconsideration and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge